UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GOLD & ROSENBLATT, LLC,                                  Case No. 12CIV0192(AJN)(GWG)

                      Plaintiff,

    -against-
                                          CERTIFICATE OF SERVICE

JPMORGAN CHASE BANK, N.A.,

                      Defendant.
_____

        I hereby certify that on January 17, 2012, I electronically filed defendant JPMorgan Chase Bank, N.A.'s Answer and Affirmative Defenses with the Clerk of the District Court of the Southern District of New York using the CM/ECF system.

        I further certify that on January 17, 2012, I served JPMorgan Chase Bank, N.A.'s Answer and Affirmative Defenses upon the following non-CM/ECF participants by enclosing a true copy thereof in a securely sealed and postpaid wrapper and depositing the envelope in an official depository under the exclusive care and custody of the United States Postal Service located in the City and State of New York for delivery by first class mail:

Eric W. Berry, Esq.
Eric W. Berry Law Office PC
132 Nassau Street, Suite 1300
New York, New York 10038
*Attorneys for Plaintiff*

Dated: New York, New York
         January 17, 2012

                                                                s/Adam D. Weiss_____
                                                                Adam D. Weiss